UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HAULSEE, et al.,

    Plaintiffs,

v.                                                 CASE NO. 8:21-cv-349-SDM-JSS

DEUTSCHE BANK
NATIONAL TRUST COMPANY,

    Defendant.
_____/

**ORDER**

In accord with the plaintiffs' notice (Doc. 31), this action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on April 26, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE